**DENY and Opinion Filed May 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01305-CV**

**IN RE ROBERT WOLF AND AYA HEALTHCARE, INC., Relators**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-19865**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Nowell

In this original proceeding, relators Robert Wolf and Aya Healthcare, Inc., seek a writ of mandamus compelling the trial court to (1) refrain from enforcing "Category (b)" of the November 14, 2023 order and (2) require real parties in interest to respond to certain interrogatories and produce the documents and witnesses requested in relators' motion for expedited discovery.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, real parties in interest's response, the reply, and the record before us, we conclude that relators have failed to demonstrate entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by our January 3, 2024 order.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

231305F.P05